564 A.2d 158

COMMONWEALTH of Pennsylvania

v.

Edward PICKFORD, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 29, 1989.

Decided Oct. 6, 1989.

Reargument Denied Jan. 12, 1990.

Bruce E. Mattock, Asst. Public Defender, Edward J. Bilik, Greensburg, for appellant.

John J. Driscoll, Dist. Atty., Maria Greco Danaher, Asst. Dist. Atty., Greensburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and ZAPPALA, J., dissent.